# United States District Court
## *Southern District of Georgia*

Branch Banking & Trust Company

### JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: CV414-42

Jerry C. Wardlaw Construction, Inc. et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order dated November 6, 2015, the Court enters judgment

against Defendants Jerry C. Wardlaw Construction, Inc.; Jack Wardlaw, III; and Jerry C. Wardlaw

and awards plaintiff damages in the amount of $1,730,142.53. This action stands closed.



| | |
|---|---|
| November 6, 2015 | Scott L. Poff |
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |